IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SOLOMON BACA,

    Plaintiff,

vs.                                                                               No. CIV 20-1334 JB/GBW

LUIS ROSA,

    Defendant.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed February 27, 2021 (Doc. 4)("MOO"). In the MOO, the Court dismisses without prejudice Petitioner's Untitled Pro Se Letter-Petition, filed December 2, 2020 (Doc. 1). <u>See</u> MOO at 1. With no more parties, claims, or issues before the Court, the Court enters Final Judgment disposing of this case pursuant to rule 58(a) of the Federal Rules of Civil Procedure.

    **IT IS ORDERED** that: (i) all claims are dismissed without prejudice; (ii) this case is dismissed without prejudice; and (iii) Final Judgment is entered.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE

*Parties:*

Solomon Baca
Milan, New Mexico

    *Pro se petitioner*